Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff CASSANDRA EVANS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CASSANDRA EVANS,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:17-CV-00295 CMK<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Cassandra Evans ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to May 4, 2018; and that Defendant shall have until June 4, 2018, to file her opposition. Any reply by plaintiff will be due June 25, 2018.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 8, 2018  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff CASSANDRA EVANS

DATED: March 8, 2018  McGregor W. Scott
United States Attorney

*/S/- Daniel P. Talbert

_____
Daniel P. Talbert
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2    and including May 4, 2018, in which to file Plaintiff's Motion for Summary
3    Judgment or Remand; Defendant may have an extension of time to June 4, 2018 to
4    file her opposition, if any is forthcoming.  Any reply by plaintiff will be due June
5    25, 2018.
6         IT IS SO ORDERED.

Dated:  March 9, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE